UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:07-CV-7-F

THE ESTATE OF ESTHER LEE BROWN, )
       Plaintiff, )
        )
v. )     O R D E R
        )
ATTORNEY GENERAL ALBERTO )
GONZALES, *et al.*, )
       Defendants. )

In an order filed on March 10, 2008, the court ordered Lenton C. Brown to show cause, if any there be, within seven (7) days of the filing date of this order, why this action should not be dismissed for failure to prosecute. More than three weeks have passed since the deadline, and Lenton C. Brown has failed to file anything with this court. Accordingly, this action is DISMISSED for failure to prosecute. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 10th day of April, 2008

James C. Fox
Senior United States District Judge