AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE ESTATE OF ESTHER LEE BROWN, ) | |
|         Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 2:07-CV-7-F** |
| v. ) | |
| ) | |
| ATTORNEY GENERAL ALBERTO ) | |
| GONZALES, et al., ) | |
|         Defendants. ) | |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED for failure to prosecute. The Clerk of Court is DIRECTED to close this case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **April 10, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Esther Lee Brown | R. B. Daly, Jr. |
| P.O. Box 58 | 304 W. Sunset St. |
| Powellsville, NC 27967-0058 | Ahoskie, NC 27910 |
| | |
| Perry W. Martin | Jane Ammons Gilchrist |
| P.O. Box 306 | P.O. Box 629 |
| Ahoskie, NC 27910 | Raleigh, NC 27602-0629 |
| | |
| Lloyd C. Smith, Jr. | |
| P.O. Drawer 100 | |
| Windsor, NC 27983 | |

| | |
|---|---|
| April 10, 2008 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |