AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ESTHER LEE BROWN, et al., )<br>        Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>ALBERTO GONZALES, et al., )<br>        Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:07-CV-7-F** |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Amended Complaint is DISMISSED for failure to state a claim. The Motion to Amend Complaint II is DENIED as moot. The Motion to Reopen the Case is DENIED. The Motion for Extension of Time and the Corrected Motion for Extension of time are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 21, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Esther Lee Brown<br>P.O. Box 248<br>Winterville, NC 28590 | Perry W. Martin<br>P.O. Box 306<br>Ahoskie, NC 27910 |
| Lenton C. Brown<br>P.O. Box 248<br>Winterville, NC 28590 | R. B. Daly, Jr.<br>304 W. Sunset St.<br>Ahoskie, NC 27910 |
| Jane Ammons Gilchrist<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | Lloyd Clifton Smith, Jr.<br>P.O. Drawer 100<br>Windsor, NC 27983 |
| July 21, 2008<br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |